**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 13-01394 |
|---|---|---|
| | § | |
| LEONARD W TOBIASKI | § | |
| CYNTHIA S. TOBIASKI | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/14/2013. The undersigned trustee was appointed on 01/14/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                         $75,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $93.56 |
   | Bank service fees | $3,041.23 |
   | Other Payments to creditors | $30,000.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $41,865.21 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/13/2014 and the deadline for filing government claims was 08/13/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,000.00, for a total compensation of $7,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2017         By:    /s/ David R. Herzog
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 13-01394-6 | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Date Filed (f) or Converted (c): | 01/14/2013 (f) |
| For the Period Ending: | 1/25/2017 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 08/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 50 E. Bellevue Place, Unit 2006, Chicago, Illinois 60611 | $230,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $300.00 | $0.00 | | $0.00 | FA |
| 3 | See attached list of financial accounts | Unknown | $0.00 | | $0.00 | FA |
| 4 | See attached list of household goods and furnishings | $3,500.00 | $0.00 | | $0.00 | FA |
| 5 | Various books and DVDS | Unknown | $0.00 | | $0.00 | FA |
| 6 | Assorted wearing apparel | Unknown | $0.00 | | $0.00 | FA |
| 7 | Wedding rings, Fossil watch, Tissot watch | Unknown | $0.00 | | $0.00 | FA |
| 8 | Golf clubs, bicycles | $400.00 | $0.00 | | $0.00 | FA |
| 9 | See attached list of interests in insurance policies | Unknown | $0.00 | | $0.00 | FA |
| 10 | Simple IRA - SWS | $8,822.00 | $0.00 | | $0.00 | FA |
| 11 | Financial Services IRA - Oppenheimer Funds | $3,050.00 | $0.00 | | $0.00 | FA |
| 12 | Financial Services IRA - Oppenheimer Funds | $9,876.00 | $0.00 | | $0.00 | FA |
| 13 | Fidelity Retirement Account - HR10 | $12,500.00 | $0.00 | | $0.00 | FA |
| 14 | Fidelity Retirement Account - SEP | $17,500.00 | $0.00 | | $0.00 | FA |
| 15 | Fifty percent (50%) ownership interest in URP Holdings, LLC | Unknown | $0.00 | | $0.00 | FA |
| 16 | 900 Investment Partners - 0.8673579% share of profit; 0.8673579% share of loss | Unknown | $0.00 | | $0.00 | FA |
| 17 | Claims against RG Holdings LLC, URP Holdings, LLC, Urban Retail Properties, LLC, and potentially others for breach of contract and other causes of action | Unknown | $0.00 | | $0.00 | FA |
| 18 | Claims against United Central Bank, Urban Retail Properties, LLC, Ross B. Glickman, Suzanne Glickman, URP Holdings, LLC, and potentially others for breach of contract and other causes of action | Unknown | $0.00 | | $75,000.00 | FA |
| 19 | Sales representative agreement | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Sales representative agreement | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Date Filed (f) or Converted (c): | 01/14/2013 (f) |
| For the Period Ending: | 1/25/2017 | §341(a) Meeting Date: | 03/11/2013 |
| | | Claims Bar Date: | 08/13/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 21 | 2001 Jaguar S-Type | $3,965.00 | $0.00 | | $0.00 | FA |
| 22 | Miscellaneous office supplies | Unknown | $0.00 | | $0.00 | FA |
| 23 | Toshiba Satellite laptop computer | Unknown | $0.00 | | $0.00 | FA |
| 24 | Canon printer | Unknown | $0.00 | | $0.00 | FA |
| 25 | Blackberry cell phone | Unknown | $0.00 | | $0.00 | FA |
| 26 | Blackberry cell phone | Unknown | $0.00 | | $0.00 | FA |
| 27 | Canon printer | Unknown | $0.00 | | $0.00 | FA |
| 28 | Hewlett Packard printer | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$289,913.00     $0.00     $75,000.00     $0.00

**Major Activities affecting case closing:**
07/22/2016     Preparation of final report.

**Initial Projected Date Of Final Report (TFR):** 06/30/2015     **Current Projected Date Of Final Report (TFR):** 10/31/2016     /s/ DAVID R. HERZOG

DAVID R. HERZOG

FORM 2 — Page No: 1 — Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | (18) | Ross & Susan Glickman | Settlement proceeds | 1249-000 | $75,000.00 | | $75,000.00 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.50 | $74,898.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.86 | $74,777.64 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.77 | $74,660.87 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.48 | $74,540.39 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.28 | $74,420.11 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.46 | $74,311.65 |
| 03/18/2014 | 3001 | United Central Bank | Payment on claim pursuant to Order dated 6/20/13 | 4220-000 | | $30,000.00 | $44,311.65 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.17 | $44,210.48 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $39.15 | $44,171.33 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment Reissue Printer Error | 2300-004 | | ($39.15) | $44,210.48 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $39.15 | $44,171.33 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.99 | $44,102.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.16 | $44,031.18 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.76 | $43,962.42 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.94 | $43,891.48 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.82 | $43,820.66 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.43 | $43,752.23 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.60 | $43,681.63 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.21 | $43,613.42 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.37 | $43,543.05 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.26 | $43,472.79 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.36 | $43,409.43 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $31.29 | $43,378.14 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.04 | $43,308.10 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.68 | $43,240.42 |

**SUBTOTALS** $75,000.00 $31,759.58

FORM 2 Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | | | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | | | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.77 | $43,170.65 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.41 | $43,103.24 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.55 | $43,033.69 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.44 | $42,964.25 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.09 | $42,897.16 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.22 | $42,827.94 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.88 | $42,761.06 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.00 | $42,692.06 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.70 | $42,623.36 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.16 | $42,559.20 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $23.12 | $42,536.08 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.48 | $42,467.60 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.13 | $42,401.47 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.23 | $42,333.24 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.92 | $42,267.32 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.02 | $42,199.30 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.91 | $42,131.39 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.61 | $42,065.78 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.69 | $41,998.09 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.40 | $41,932.69 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.48 | $41,865.21 |

| | | | | | **SUBTOTALS** | $0.00 | $1,375.21 |

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $75,000.00 | $33,134.79 | $41,865.21 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $75,000.00 | $33,134.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $75,000.00 | $33,134.79 | |

| For the period of 1/14/2013 to 1/25/2017 | | For the entire history of the account between 08/30/2013 to 1/25/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $75,000.00 | Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 | Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $33,134.79 | Total Compensable Disbursements: | $33,134.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,134.79 | Total Comp/Non Comp Disbursements: | $33,134.79 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $75,000.00 | $33,134.79 | $41,865.21 |

**For the period of 1/14/2013 to 1/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33,134.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,134.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/14/2013 to 1/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $33,134.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,134.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

| Case No.: | 13-01394-6 | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | | | | | | | Date: | 1/25/2017 |
| Claims Bar Date: | 08/13/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 01/24/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |
| 1 | DISCOVER BANK<br><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 05/16/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,565.85 | $7,565.85 | $0.00 | $0.00 | $0.00 | $7,565.85 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | 06/09/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,832.69 | $5,832.69 | $0.00 | $0.00 | $0.00 | $5,832.69 |
| 3 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 07/21/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,599.30 | $26,599.30 | $0.00 | $0.00 | $0.00 | $26,599.30 |
| Claim Notes: | (3-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 07/21/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,390.16 | $19,390.16 | $0.00 | $0.00 | $0.00 | $19,390.16 |
| Claim Notes: | (4-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 07/21/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $33,373.26 | $33,373.26 | $0.00 | $0.00 | $0.00 | $33,373.26 |
| Claim Notes: | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No.: | 13-01394-6 | | | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | | Date: | 1/25/2017 |
| Claims Bar Date: | 08/13/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 07/23/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,852.00 | $11,852.00 | $0.00 | $0.00 | $0.00 | $11,852.00 |
| Claim Notes: | (6-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 7 | 50 EAST BELLEVUE CONDOMINIUM ASSOCIATION<br>c/o Kovitz Shifrin Nesbit<br>750 W Lake Cook Rd., Suite 350,<br>Buffalo Grove IL 60089 | 08/08/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,284.54 | $9,284.54 | $0.00 | $0.00 | $0.00 | $9,284.54 |
| Claim Notes: | (7-1) Association Assessments, Fees and Costs | | | | | | | | | | | |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to CAPITAL ONE, NATIONAL ASSOCIATION (HSBC BANK NEVADA, N.A)<br>POB 41067<br>Norfolk VA 23541 | 08/11/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $921.18 | $921.18 | $0.00 | $0.00 | $0.00 | $921.18 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to CAPITAL ONE, NATIONAL ASSOCIATION (HSBC BANK NEVADA, N.A)<br>POB 41067<br>Norfolk VA 23541 | 08/11/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $528.36 | $528.36 | $0.00 | $0.00 | $0.00 | $528.36 |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No.: | 13-01394-6 | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | | | | | | Date: | 1/25/2017 |
| Claims Bar Date: | 08/13/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | FIDELITY NATIONAL TITLE INSURANCE COMNPANY<br>as subrogee of Wasyl and Natalie Miruten<br>c/o Fidelity National Law Group<br>10 S. LaSalle Street, Suite 2750<br>Chicago IL 60603 | 08/12/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $207,227.89 | $207,227.89 | $0.00 | $0.00 | $0.00 | $207,227.89 |
| **Claim Notes:** | (10-1) Breach of Warranty Deed Fidelity National Title as subrogee of Wasyl and Natalie Mirutenko | | | | | | | | | | | |
| 11 | UNITED CENTRAL BANK<br>c/o Stahl Cowen Crowley Addis LLC<br>55 W Monroe Street Suite 1200<br>Chicago IL 60603 | 08/12/2014 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,024,377.84 | $7,024,377.84 | $0.00 | $0.00 | $0.00 | $7,024,377.84 |
| **Claim Notes:** | (11-1) Liability on guaranty | | | | | | | | | | | |
| | | | | | | | $7,353,953.07 | $7,353,953.07 | $0.00 | $0.00 | $0.00 | $7,353,953.07 |

CLAIM ANALYSIS REPORT                                                                Page No: 4         Exhibit C

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Date: | 1/25/2017 |
| Claims Bar Date: | 08/13/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $7,346,953.07 | $7,346,953.07 | $0.00 | $0.00 | $0.00 | $7,346,953.07 |
| Trustee Compensation | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      13-01394
Case Name:     LEONARD W TOBIASKI
               CYNTHIA S. TOBIASKI
Trustee Name:  David R. Herzog

Balance on hand:                $41,865.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:                          $41,865.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $7,000.00 | $0.00 | $7,000.00 |

Total to be paid for chapter 7 administrative expenses:    $7,000.00
Remaining balance:                                        $34,865.21

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                         $34,865.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:        $0.00
Remaining balance:                      $34,865.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $7,346,953.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $7,565.85 | $0.00 | $35.90 |
| 2 | Capital One Bank (USA), N.A. | $5,832.69 | $0.00 | $27.68 |
| 3 | American Express Centurion Bank | $26,599.30 | $0.00 | $126.23 |
| 4 | American Express Centurion Bank | $19,390.16 | $0.00 | $92.02 |
| 5 | American Express Centurion Bank | $33,373.26 | $0.00 | $158.37 |
| 6 | American Express Bank, FSB | $11,852.00 | $0.00 | $56.24 |
| 7 | 50 East Bellevue Condominium Association | $9,284.54 | $0.00 | $44.06 |
| 8 | Portfolio Recovery Associates, LLC | $921.18 | $0.00 | $4.37 |
| 9 | Portfolio Recovery Associates, LLC | $528.36 | $0.00 | $2.51 |
| 10 | Fidelity National Title Insurance Comnpany | $207,227.89 | $0.00 | $983.41 |
| 11 | United Central Bank | $7,024,377.84 | $0.00 | $33,334.42 |

Total to be paid to timely general unsecured claims: $34,865.21
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**