**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **LEONARD AND CYNTHIA TOBIASKI** | ) | Case No. 13-01394 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 680
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on March 9, 2017, at 9:30 a.m., before the Honorable Jacqueline P. Cox, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 680, Chicago, IL 60604.

Date Mailed: February 3, 2017              By: /s/   David R. Herzog
                                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7** |
| | ) | |
| **LEONARD AND CYNTHIA TOBIASKI** | ) | **Case No. 13-01394** |
| | ) | |
| Debtor. | ) | **Hon. Jacqueline P. Cox** |

## CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 3rd day of February, 2017.

                                              */s/ David R. Herzog*
                                              Trustee in Bankruptcy

**SERVICE LIST**

<u>VIA ECF</u>

Fifth Third Mortgage Company
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Michael J Lotus
David Christian Attorneys, LLC
105 W. Madison, Suite 1400
Chicago, IL 60602

Ryan Pinkston
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603

United Central Bank
Shelly A. DeRousse
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

United Central Bank
Kevin Hunt
Stahl Cowen Crowley Addis LLC
55 W. Monroe St., Ste 1200
Chicago, IL 60603

<u>VIA US Mail</u>

Leonard and Cynthia Tobiaski
50 E. Bellevue Place
Unit 2006
Chicago, IL 60611

100 East Bellevue Condo Assoc
c/o Draper Kramer
100 East Bellevue
Chicago, IL 60611

50 E. Bellevue Condo Association
c/o Robert B. Kogen
750 W. Lake Cook Road, Suite 350
Buffalo Grove, IL 60089

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express
Box 0001
Los Angeles, CA 90096

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

AT&T Universal Card
Processing Center
Des Moines, IA 50363

Bank of America
P.O. Box 851001
Dallas, TX 75285

Bloomingdales
P.O. Box 17157
Baltimore, MD 21297

CA State Teachers' Retirement Sys.
Attn: Douglas C. Wills, Esq.
7667 Folsom Boulevard
Sacramento, CA 95826

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Chase
P.O. Box 15153
Wilmington, DE 19886

Client Services, Inc.
3451 Harry S Truman Blvd
Saint Charles, MO 63301-4047

Cox, Castle & Nicholson LLP
Attn: John H. Kuhl
2049 Century Park East, Suite 2800
Los Angeles, CA 90067

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Donna L. Moore
8933 South Cornell Avenue
Chicago, IL 60617

Fidelity National Title Insurance Comnpany
as subrogee of Wasyl and Natalie Miruten
c/o Fidelity National Law Group
10 S. LaSalle Street, Suite 2750
Chicago, IL 60603

Fifth Third Bank
Foreclosure Department
5001 Kingsley Drive - MD 1MOBBW
Cincinnati, OH 45227

FirstMerit Bank
Attn: Kelley Moran CAS30
3 Cascade Plaza
Akron, OH 44308

Household Bank
HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297

HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297

Macy's
P.O. Box 8053
Mason, OH 45040

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

Portfolio Recovery Associates, LLC
Successor to Capital One Natl Assoc.
POB 41067
Norfolk, VA 23541

Principal Real Estate Investors LLC
Attn: Jeffery Habersetzer
8903 Gravely Lake Drive
Lakewood, WA 98499

Ridgemoor Country Club
6601 W Gunnison Street
Harwood Heights, IL 60706

Ross Glickman
159 E. Walton Street
Chicago, IL 60601

Saks Fifth Avenue
P.O. Box 71106
Charlotte, NC 28272

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735

Suzanne Glickman
Hampton South
20201 E. Country Club Dr., Apt 1606
Aventura, FL 33180

Wasyl and Natalie Mirutenko
35 Old Lake Road
Hawthorn Woods, IL 60047

Zwicker & Associates, P.C.
Counsel for American Express
P.O. Box 9013
Andover, MA 01810

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 13-01394
  §
LEONARD W TOBIASKI  §
CYNTHIA S. TOBIASKI  §
  §
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $75,000.00
*and approved disbursements of*     $33,134.79
*leaving a balance on hand of[1]:*     $41,865.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $41,865.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $7,000.00 | $0.00 | $7,000.00 |

Total to be paid for chapter 7 administrative expenses:     $7,000.00
Remaining balance:     $34,865.21

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $34,865.21

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $34,865.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,346,953.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $7,565.85 | $0.00 | $35.90 |
| 2 | Capital One Bank (USA), N.A. | $5,832.69 | $0.00 | $27.68 |
| 3 | American Express Centurion Bank | $26,599.30 | $0.00 | $126.23 |
| 4 | American Express Centurion Bank | $19,390.16 | $0.00 | $92.02 |
| 5 | American Express Centurion Bank | $33,373.26 | $0.00 | $158.37 |
| 6 | American Express Bank, FSB | $11,852.00 | $0.00 | $56.24 |
| 7 | 50 East Bellevue Condominium Association | $9,284.54 | $0.00 | $44.06 |
| 8 | Portfolio Recovery Associates, LLC | $921.18 | $0.00 | $4.37 |
| 9 | Portfolio Recovery Associates, LLC | $528.36 | $0.00 | $2.51 |
| 10 | Fidelity National Title Insurance Comnpany | $207,227.89 | $0.00 | $983.41 |
| 11 | United Central Bank | $7,024,377.84 | $0.00 | $33,334.42 |

|  | Total to be paid to timely general unsecured claims: | $34,865.21 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David R. Herzog
                Trustee

David R. Herzog
77 W. Washington Street
Suite 1400
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**