# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 13-01394 |
|---|---|---|
|  | § |  |
| LEONARD W TOBIASKI | § |  |
| CYNTHIA S. TOBIASKI | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $225,948.00 | Assets Exempt: | $63,965.00 |
| Total Distributions to Claimants: | $64,797.66 | Claims Discharged Without Payment: | $7,312,155.41 |
| Total Expenses of Administration: | $10,202.34 | | |

3) Total gross receipts of $75,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,202.34 | $10,202.34 | $10,202.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $7,346,953.07 | $7,346,953.07 | $34,797.66 |
| **Total Disbursements** | $0.00 | $7,387,155.41 | $7,387,155.41 | $75,000.00 |

4). This case was originally filed under chapter 7 on 01/14/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/05/2017                    By:   /s/ David R. Herzog
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claims against United Central Bank, Urban Retail Properties, LLC, Ross B. Glickman, Suzanne Glickman, URP Holdings, LLC, | 1249-000 | $75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Central Bank | 4220-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$30,000.00** | **$30,000.00** | **$30,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| Arthur B. Levine Company | 2300-000 | NA | $54.41 | $54.41 | $54.41 |
| International Sureties | 2300-000 | NA | $39.15 | $39.15 | $39.15 |
| Bank of Texas | 2600-000 | NA | $3,108.78 | $3,108.78 | $3,108.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$10,202.34** | **$10,202.34** | **$10,202.34** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $7,565.85 | $7,565.85 | $35.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $5,832.69 | $5,832.69 | $27.63 |
| 3 | American Express Centurion Bank | 7100-000 | $0.00 | $26,599.30 | $26,599.30 | $125.98 |
| 4 | American Express Centurion Bank | 7100-000 | $0.00 | $19,390.16 | $19,390.16 | $91.84 |
| 5 | American Express Centurion Bank | 7100-000 | $0.00 | $33,373.26 | $33,373.26 | $158.07 |
| 6 | American Express Bank, FSB | 7100-000 | $0.00 | $11,852.00 | $11,852.00 | $56.14 |
| 7 | 50 East Bellevue Condominium Association | 7100-000 | $0.00 | $9,284.54 | $9,284.54 | $43.97 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $921.18 | $921.18 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; Portfolio Recovery Associates, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.36 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $528.36 | $528.36 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Portfolio Recovery Associates, LLC) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.50 |
| 10 | Fidelity National Title Insurance Comnpany | 7100-000 | $0.00 | $207,227.89 | $207,227.89 | $981.50 |
| 11 | United Central Bank | 7100-000 | $0.00 | $7,024,377.84 | $7,024,377.84 | $33,269.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,346,953.07 | $7,346,953.07 | $34,797.66 |

Case 13-01394 Doc 67 Filed 09/12/17 Entered 09/12/17 15:17:58 Desc Main
Document Page 5 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 13-01394-6 | | Trustee Name: | David R. Herzog |
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | Date Filed (f) or Converted (c): | 01/14/2013 (f) |
| For the Period Ending: | 9/5/2017 | | §341(a) Meeting Date: | 03/11/2013 |
| | | | Claims Bar Date: | 08/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 50 E. Bellevue Place, Unit 2006, Chicago, Illinois 60611 | $230,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $300.00 | $0.00 | | $0.00 | FA |
| 3 | See attached list of financial accounts | Unknown | $0.00 | | $0.00 | FA |
| 4 | See attached list of household goods and furnishings | $3,500.00 | $0.00 | | $0.00 | FA |
| 5 | Various books and DVDS | Unknown | $0.00 | | $0.00 | FA |
| 6 | Assorted wearing apparel | Unknown | $0.00 | | $0.00 | FA |
| 7 | Wedding rings, Fossil watch, Tissot watch | Unknown | $0.00 | | $0.00 | FA |
| 8 | Golf clubs, bicycles | $400.00 | $0.00 | | $0.00 | FA |
| 9 | See attached list of interests in insurance policies | Unknown | $0.00 | | $0.00 | FA |
| 10 | Simple IRA - SWS | $8,822.00 | $0.00 | | $0.00 | FA |
| 11 | Financial Services IRA - Oppenheimer Funds | $3,050.00 | $0.00 | | $0.00 | FA |
| 12 | Financial Services IRA - Oppenheimer Funds | $9,876.00 | $0.00 | | $0.00 | FA |
| 13 | Fidelity Retirement Account - HR10 | $12,500.00 | $0.00 | | $0.00 | FA |
| 14 | Fidelity Retirement Account - SEP | $17,500.00 | $0.00 | | $0.00 | FA |
| 15 | Fifty percent (50%) ownership interest in URP Holdings, LLC | Unknown | $0.00 | | $0.00 | FA |
| 16 | 900 Investment Partners - 0.8673579% share of profit; 0.8673579% share of loss | Unknown | $0.00 | | $0.00 | FA |
| 17 | Claims against RG Holdings LLC, URP Holdings, LLC, Urban Retail Properties, LLC, and potentially others for breach of contract and other causes of action | Unknown | $0.00 | | $0.00 | FA |
| 18 | Claims against United Central Bank, Urban Retail Properties, LLC, Ross B. Glickman, Suzanne Glickman, URP Holdings, LLC, and potentially others for breach of contract and other causes of action | Unknown | $0.00 | | $75,000.00 | FA |
| 19 | Sales representative agreement | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Sales representative agreement | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

Page No: 2  Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Date Filed (f) or Converted (c): | 01/14/2013 (f) |
| For the Period Ending: | 9/5/2017 | §341(a) Meeting Date: | 03/11/2013 |
|  |  | Claims Bar Date: | 08/13/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | 2001 Jaguar S-Type | $3,965.00 | $0.00 | | $0.00 | FA |
| 22 | Miscellaneous office supplies | Unknown | $0.00 | | $0.00 | FA |
| 23 | Toshiba Satellite laptop computer | Unknown | $0.00 | | $0.00 | FA |
| 24 | Canon printer | Unknown | $0.00 | | $0.00 | FA |
| 25 | Blackberry cell phone | Unknown | $0.00 | | $0.00 | FA |
| 26 | Blackberry cell phone | Unknown | $0.00 | | $0.00 | FA |
| 27 | Canon printer | Unknown | $0.00 | | $0.00 | FA |
| 28 | Hewlett Packard printer | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$289,913.00    $0.00    $75,000.00    $0.00

**Major Activities affecting case closing:**

07/24/2017    Deposit of Unclaimed funds. Preparation of TDR upon $0 bank balance.
07/22/2016    Preparation of final report.

**Initial Projected Date Of Final Report (TFR):** 06/30/2015    **Current Projected Date Of Final Report (TFR):** 10/31/2016    /s/ DAVID R. HERZOG

DAVID R. HERZOG

Page No: 1       Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2013 | (18) | Ross & Susan Glickman | Settlement proceeds | 1249-000 | $75,000.00 | | $75,000.00 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.50 | $74,898.50 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.86 | $74,777.64 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.77 | $74,660.87 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.48 | $74,540.39 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $120.28 | $74,420.11 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $108.46 | $74,311.65 |
| 03/18/2014 | 3001 | United Central Bank | Payment on claim pursuant to Order dated 6/20/13 | 4220-000 | | $30,000.00 | $44,311.65 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.17 | $44,210.48 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $39.15 | $44,171.33 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment Reissue Printer Error | 2300-004 | | ($39.15) | $44,210.48 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $39.15 | $44,171.33 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.99 | $44,102.34 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.16 | $44,031.18 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.76 | $43,962.42 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.94 | $43,891.48 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.82 | $43,820.66 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.43 | $43,752.23 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.60 | $43,681.63 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.21 | $43,613.42 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.37 | $43,543.05 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.26 | $43,472.79 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.36 | $43,409.43 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $31.29 | $43,378.14 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $70.04 | $43,308.10 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.68 | $43,240.42 |

SUBTOTALS   $75,000.00   $31,759.58

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.77 | $43,170.65 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.41 | $43,103.24 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.55 | $43,033.69 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.44 | $42,964.25 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.09 | $42,897.16 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.22 | $42,827.94 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.88 | $42,761.06 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.00 | $42,692.06 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.70 | $42,623.36 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.16 | $42,559.20 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $23.12 | $42,536.08 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.48 | $42,467.60 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.13 | $42,401.47 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.23 | $42,333.24 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.92 | $42,267.32 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.02 | $42,199.30 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.91 | $42,131.39 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.61 | $42,065.78 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.69 | $41,998.09 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.40 | $41,932.69 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.48 | $41,865.21 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.55 | $41,797.66 |
| 02/16/2017 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.49 | $41,783.17 |
| 02/16/2017 | 3006 | VOID: Arthur B. Levine Company | | 2300-003 | | ($14.49) | $41,797.66 |
| 03/09/2017 | 3007 | David R. Herzog | Trustee Compensation | 2100-000 | | $7,000.00 | $34,797.66 |
| 03/09/2017 | 3008 | Discover Bank | Distribution Dividend: 0.47; Account Number: ; Claim #: 1; | 7100-000 | | $35.84 | $34,761.82 |

| | | | | SUBTOTALS | $0.00 | $8,478.60 |

FORM 2

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-01394-6 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1026 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: | **-***1027 | Account Title: | Main |
| For Period Beginning: | 1/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ / Disbursement $ | Balance |
| 03/09/2017 | 3009 | Capital One Bank (USA), N.A. | Distribution Dividend: 0.47; Account Number: ; Claim #: 2; | 7100-000 | $27.63 | $34,734.19 |
| 03/09/2017 | 3010 | American Express Centurion Bank | Distribution Dividend: 0.47; Account Number: ; Claim #: 3; | 7100-000 | $125.98 | $34,608.21 |
| 03/09/2017 | 3011 | American Express Centurion Bank | Distribution Dividend: 0.47; Account Number: ; Claim #: 4; | 7100-000 | $91.84 | $34,516.37 |
| 03/09/2017 | 3012 | American Express Centurion Bank | Distribution Dividend: 0.47; Account Number: ; Claim #: 5; | 7100-000 | $158.07 | $34,358.30 |
| 03/09/2017 | 3013 | American Express Bank, FSB | Distribution Dividend: 0.47; Account Number: ; Claim #: 6; | 7100-000 | $56.14 | $34,302.16 |
| 03/09/2017 | 3014 | 50 East Bellevue Condominium Association | Distribution Dividend: 0.47; Account Number: ; Claim #: 7; | 7100-000 | $43.97 | $34,258.19 |
| 03/09/2017 | 3015 | Clerk, US Bankruptcy Court | Small Dividends | * | $6.86 | $34,251.33 |
| | | | Claim Amount $(4.36) | 7100-001 | | $34,251.33 |
| | | | Claim Amount $(2.50) | 7100-001 | | $34,251.33 |
| 03/09/2017 | 3016 | Fidelity National Title Insurance Comnpany | Distribution Dividend: 0.47; Account Number: ; Claim #: 10; | 7100-000 | $981.50 | $33,269.83 |
| 03/09/2017 | 3017 | United Central Bank | Distribution Dividend: 0.47; Account Number: ; Claim #: 11; | 7100-000 | $33,269.83 | $0.00 |
| 07/24/2017 | 3015 | STOP PAYMENT: Clerk, US Bankruptcy Court | Small Dividends | * | ($6.86) | $6.86 |
| | | | Claim Amount $4.36 | 7100-004 | | $6.86 |
| | | | Claim Amount $2.50 | 7100-004 | | $6.86 |
| 07/24/2017 | 3018 | Clerk, US Bankruptcy Court | Small Dividends | * | $6.86 | $0.00 |
| | | | Claim Amount $(4.36) | 7100-001 | | $0.00 |
| | | | Claim Amount $(2.50) | 7100-001 | | $0.00 |

**SUBTOTALS**    $0.00    $34,761.82

FORM 2

Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-01394-6 | |
| **Case Name:** | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. | |
| **Primary Taxpayer ID #:** | **-***1026 | |
| **Co-Debtor Taxpayer ID #:** | **-***1027 | |
| **For Period Beginning:** | 1/14/2013 | |
| **For Period Ending:** | 9/5/2017 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0144 |
| **Account Title:** | Main |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $75,000.00 | $75,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $75,000.00 | $75,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $75,000.00 | $75,000.00 | |

**For the period of 1/14/2013 to 9/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/30/2013 to 9/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 13-01394-6 |
| **Case Name:** | TOBIASKI, LEONARD W AND TOBIASKI, CYNTHIA S. |
| **Primary Taxpayer ID #:** | **-***1026 |
| **Co-Debtor Taxpayer ID #:** | **-***1027 |
| **For Period Beginning:** | 1/14/2013 |
| **For Period Ending:** | 9/5/2017 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0144 |
| **Account Title:** | Main |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $75,000.00 | $75,000.00 | $0.00 |

**For the period of 1/14/2013 to 9/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/14/2013 to 9/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $75,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG